# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 09-346 (JRT) |
| Plaintiffs, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| JEFFREY MICHAEL TAYLOR, | |
| Defendant. | |

___

James Alexander and David MacLaughlin, Assistant United States Attorneys, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Robert Owens, Jr., **OLIVE TABER & OWENS**, 5270 West 84th Street, Suite 300, Bloomington, MN 55437, for defendant.


Based on the United States' motion for an Order of Forfeiture; on the plea agreement entered into between the United States and Defendant Jeffrey Michael Taylor; on this Court's determination that the Defendant obtained $580,650.00 in proceeds from the offense alleged in Count 1 of the Information,

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant Jeffrey Michael Taylor shall forfeit to the United States the sum of $580,650.00 pursuant to 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), as a result of his guilty plea to Count 1 of the Information.

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

IT IS FURTHER ORDERED that pursuant to Fed. R. Crim. P. Rule 32.2(b)(4)(A) and (B), this Order of Forfeiture shall become final as to the Defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States may, at any time, move pursuant to Fed. R. Crim. P. Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $580,650.00 to satisfy the money judgment in whole or in part.

DATED: February 12, 2010
at Minneapolis, Minnesota.

       s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge